**Anthony UKOFIA, Appellant,**

v.

**AMERICAN FINANCIAL PRINTING, INC., Appellee.**

No. 05–1818.

United States Court of Appeals, Eighth Circuit.

Submitted April 4, 2006.

Decided April 7, 2006.

Anthony Ukofia, Memphis, TN, pro se.

Robert V. Atmore, Marnie L. Dewall, Jennifer Suich Frank, Lindquist & Vennum, Minneapolis, MN, for Appellee.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

PER CURIAM.

Anthony Ukofia appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit against American Financial Printing, Inc. (AFPI). After de novo review, we conclude that AFPI offered a legitimate, nondiscriminatory reason for terminating Ukofia's employment—poor job performance—and Ukofia failed to create a trialworthy issue of fact on whether that reason was a pretext for race discrimination. *See Kincaid v. City of Omaha*, 378 F.3d 799, 803–04 (8th Cir.2004) (de novo standard of review); *Wheeler v. Aventis Pharms.*, 360 F.3d 853, 858 (8th Cir.2004) (burden-shifting analysis).

Accordingly, we affirm. *See* 8th Cir. R. 47B.